# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV08-1856 PSG (Rzx) | Date: | May 5, 2008 |
|---|---|---|---|
| Title: | Sizzler USA Franchise Inc. -vs- Advanced Home Care Medical Supply, Inc. et. al., | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Irene Ramirez | Miriam Baird | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alexander Cote | Lawrence Afaha, Pro Se |

Proceedings:    **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The case is called and counsel are present. The Court and parties confer.

The Court will grant the Preliminary Injunction. Plaintiff to submit the Proposed Preliminary Injunction within 24 hours.

                                                                                        :    02
                                        Initials of Preparer        IR